# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161797(70)
161805(81)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 161797
COA: 343818
Arenac CC: 17-004120-FH

MICHELINE NICOLE LEFFEW,
Defendant-Appellant.

_____

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 161805
COA: 344240
Arenac CC: 17-004119-FH

JEREMIAH JAMES LEFFEW,
Defendant-Appellant.

_____/

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply briefs is GRANTED. The reply briefs will be accepted as timely filed if submitted on or before June 16, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2021



Clerk